IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CAROL SURLES,

    Plaintiff,

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, ARTHUR J. GALLAGHER & COMPANY, THE COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INSURANCE, and DOES 1–50, inclusive,

    Defendants.
                        /

No. C 06-05807 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND HEARING**

The Court **CONTINUES** the case management conference and the hearing on defendant's motion to dismiss to **JANUARY 4, 2007, AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated:  November 8, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE