IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL SURLES,<br><br>    Plaintiff,<br><br>  v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, ARTHUR J. GALLAGHER & COMPANY, THE COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INSURANCE, and DOES 1–50, inclusive,<br><br>    Defendants. | No. C 06-05807 WHA<br><br>**ORDER CONTINUING HEARINGS** |

The Court shall hear the following motions on **JANUARY 18, 2007, AT 8:00 A.M.:**

1. Prudential's motion to apply Illinois law;

2. Prudential's motion to dismiss; and

3. Surles' motion to remand.

In addition, the case management conference shall immediately follow. **PLEASE NOTE THE COURT WILL NOT ENTERTAIN ANY FURTHER CONTINUANCES.**

**IT IS SO ORDERED.**

Dated: November 15, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE