IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL SURLES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and ARTHUR J. GALLAGHER AND COMPANY,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C 06-05807 WHA<br><br>**ORDER SETTING DEADLINE FOR PLAINTIFF TO FILE AMENDED COMPLAINT** |

The Court's order dated January 19, 2007, granted plaintiff leave to amend her complaint. Plaintiff shall file her amended complaint no later than **FEBRUARY 9, 2007**.

**IT IS SO ORDERED.**

Dated: January 31, 2007

　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE