IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL SURLES,<br><br>    Plaintiff,<br><br>  v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and ARTHUR J. GALLAGHER & COMPANY,<br><br>    Defendants.<br>_____ / | No. C 06-05807 WHA<br><br>**ORDER REQUIRING APPEARANCE OF CAROL SURLES, PLAINTIFF'S COUNSEL, AND DEFENDANTS' COUNSEL** |

Plaintiff Carol Surles, plaintiff's counsel, and defendants' counsel should appear for the hearing on plaintiff's counsel's motion to withdraw. The hearing is scheduled for **THURSDAY, MARCH 22, 2007, AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated: March 9, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE