IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CAROL SURLES,

    Plaintiff,

  v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and ARTHUR J. GALLAGHER & COMPANY,

    Defendants.
    /

No. C 06-05807 WHA

**ORDER DENYING MOTION TO WITHDRAW**

    For the reasons stated on the record at the hearing on Thursday, March 22, 2007, at 2:00 p.m., plaintiff counsel's motion to withdraw as counsel is **DENIED**.

**IT IS SO ORDERED.**

Dated: March 22, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE