1  Robert J. McKennon (123176),
   rmckennon@barwol.com
2  Robert E. Hess (178042), rhess@barwol.com
   BARGER & WOLEN LLP
3  19800 MacArthur Boulevard, 8th Floor
   Irvine, California 92612
4  Telephone: (949) 757-2800
   Facsimile: (949) 752-6313
5

6  Attorneys for Defendants
   The Prudential Insurance Company of America and
7  Arthur J. Gallagher & Company

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10

11 | CAROL SURLES,                          | CASE NO.: C 06-5807 WHA
12 |        Plaintiff,                      | William H. Alsup
13 | vs.                                    | **STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER**
14 | THE PRUDENTIAL INSURANCE
   | COMPANY OF AMERICA, ARTHUR J.
15 | GALLAGHER & COMPANY, THE
   | COMMISSIONER OF THE CALIFORNIA
16 | DEPARTMENT OF INSURANCE and DOES
   | 1-50, inclusive,
17 |
   |        Defendants.                     | Complaint Filed:   August 24, 2006
18

-1-

STIPULATION FOR DISMISSAL                                      Case No. C 06-5807 WHA

## STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiff Carol Surles and Defendants The Prudential Insurance Company of America and Arthur J. Gallagher & Company, by and through their respective attorneys of record, that the above-referenced action be, and is hereby, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). The parties further stipulate that each party shall bear her or its own costs, including attorneys' fees.

DATED: July 12, 2007

BOURHIS & MANN

By: _____
LAWRENCE MANN
RAY BOURHIS
Attorneys for Plaintiff
Carol Surles

Dated: July 13, 2007

BARGER & WOLEN LLP

By: _____
ROBERT J. MCKENNON
ROBERT E. HESS
Attorneys for Defendants
The Prudential Insurance Company of America and Arthur J. Gallagher & Company

## ORDER OF DISMISSAL

The parties, by and through their attorneys of record, have stipulated to a dismissal of this entire action with prejudice:

IT IS HEREBY ORDERED that this action be dismissed with prejudice, in its entirety, pursuant to stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear her or its own costs and attorneys' fees.

DATED: July 23, 2007

*IT IS SO ORDERED*
*Judge William Alsup*

HONORABLE
UNITED STATES DISTRICT JUDGE

-3-

STIPULATION FOR DISMISSAL                                    Case No. C 06-5807 WHA

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is: Barger & Wolen LLP, 19800 MacArthur Boulevard, 8th Floor, Irvine, California 92612.

On **July 13, 2007**, I served the foregoing document(s) described as **STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** on the interested parties in this action by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope addressed as stated below.

| | |
|---|---|
| Ray Bourhis, Esq.<br>Lawrence Mann, Esq.<br>BOURHIS & MANN<br>1050 Battery Street<br>San Francisco, CA 94111 | Attorney for Plaintiff |
| Gary Selvin, Esq.<br>SELVIN WRAITH HALMAN LLP<br>505 14th Street, Suite 1200<br>Oakland, CA 94612 | Attorney for Arthur J. Gallagher & Company |
| Julian Standen, Esq.<br>Department of Justice<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA 94102-7004<br>Tel: 415-703-5500 | Attorney for The Commissioner of the California Department of Insurance |

[X] **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY PERSONAL SERVICE** I caused such envelope to be delivered to a commercial messenger service with instructions to personally deliver same to the offices of the addressee on this date.

[X] **FEDERAL:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed at Irvine, California on **July 13, 2007**.

NAME: Ivana Maiorano

_____
(Signature)

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

-4-

STIPULATION FOR DISMISSAL                                                                  Case No. C 06-5807 WHA